JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Krieger, | ) | SACV 21-01332JVS(ADSx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| Boys Lie, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on January 4, 2022, and no response to the Order to Show Cause having been filed, and motion fof default judgment having been filed in this action as to any of the defendant,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 2, 2022

_____
James V. Selna
United States District Judge